## IN the INTEREST OF: T.T.S.

### No. ED 104018

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: April 18, 2017

John R. Bird, St. Louis, MO, for Appellant.

Krista S. Peyton, St. Louis, MO, for Respondent.

Janice M. Lauer, St. Louis, MO, for Guardian Ad Litem.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

**PER CURIAM.**

Mother appeals the judgment terminating her parental rights to T.T.S. The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).